

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00665-CV

Drake A. **GAFFORD**,
Appellant

v.

**FREEDOM MORTGAGE CORPORATION**,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW2412714
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: December 23, 2025

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a "Motion to Withdraw," which we construe as a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See id.* at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM